# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

CHARLOTTE CLARK,               :

    Plaintiff,                 :

vs.                            :      CA 06-0045-C

JO ANNE B. BARNHART,           :
Commissioner of Social Security,
                                            :

    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $1,650.00 under the Equal Access to Justice Act, representing compensation for 13.2 hours of service by Margaret A. Stone, Esquire, at the market rate of $125.00 an hour.

**DONE** this the 21st day of December, 2006.

                s/WILLIAM E. CASSADY
                **UNITED STATES MAGISTRATE JUDGE**